# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-3348

_____

United States of America

*Appellee*

v.

Francisco Velasquez, also known as Cisco,
also known as Angel Paez-Alvaro

*Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas

_____

Submitted: June 10, 2013
Filed: June 14, 2013
[Unpublished]

_____

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Francisco Velasquez pleaded guilty to conspiring to distribute methamphetamine, *see* 21 U.S.C. §§ 841(a)(1), 846, and the district court[1] sentenced him to 198 months' imprisonment. He contends, first of all, without elaboration, that his sentence is unconstitutional and "asks that the entire record be reviewed" to determine if any error occurred in "the conviction and sentencing process." Treating this part of Mr. Velasquez's brief as an *Anders* brief, *see Anders v. California*, 386 U.S. 738 (1967), we have undertaken an independent review pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), and have discovered no non-frivolous issues for appeal.

Mr. Velasquez also maintains, again without elaboration, that he was denied his Sixth-Amendment right to effective assistance of counsel in the district court, *see Strickland v. Washington*, 466 U.S. 668 (1984). But we do not entertain such claims on direct appeal of a conviction unless a record supporting those claims has been made in the district court or "the result would otherwise be a plain miscarriage of justice." *See United States v. Hernandez*, 281 F.3d 746 (8th Cir. 2002). Neither exception applies in this case.

Affirmed.

_____

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.